[No. 17612-9-I. Division One. July 6, 1987.]

THE STATE OF WASHINGTON, *Respondent*, v.
BONNIE M. FROST, *Appellant*.

Appeal from a judgment of the Superior Court for Skagit County, No. 85-1-00050-1, Harry A. Follman, J., entered December 13, 1985. *Dismissed* by unpublished per curiam opinion.

[No. 18444-0-I. Division One. July 6, 1987.]

THE STATE OF WASHINGTON, *Respondent*, v.
EDWARD LEE KING, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 81-1-02299-1, Gerard M. Shellan, J., entered April 28, 1986. *Dismissed* by unpublished per curiam opinion.

[No. 17478-9-I. Division One. July 6, 1987.]

JAMES YOUNG, *Appellant*, v. WILLIAM HARPER,
*Respondent*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 85-2-01969-3, Robert C. Bibb, J., entered October 25, 1985. *Dismissed* by unpublished per curiam opinion.